O

1
2
3
4
5
6
7
8        United States District Court
9        Central District of California
10

| | |
|---|---|
| 11  TRAVIS SWITZER et al., | Case № 2:25-cv-10716-ODW (AJRx) |
| 12           Plaintiffs, | |
| 13       v. | **ORDER DENYING MOTION TO** |
| 14  CITY OF SANTA MARIA et al., | **DISMISS AS MOOT [12]** |
| 15           Defendants. | |
| 16 | |

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

On December 8, 2025, Defendants City of Santa Maria and Bladley Dandridge filed their Federal Rule of Civil Procedure ("Rule" or "Rules") 12(b)(6) Motion to Dismiss in this case. (Mot. Dismiss, Dkt. No. 12.) On December 22, 2025, Plaintiffs filed a First Amended Complaint, less than twenty-one days after Defendants filed their responsive pleading. (First Am. Compl., Dkt. No. 15.) Rule 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiffs' amended complaint is proper. As Defendants' pending Motion to Dismiss is based on a complaint that is no longer operative, the Motion to Dismiss is **DENIED** as **MOOT**. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

December 30, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**