**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Travis Switzer et al., Plaintiff<br>v.<br>City of Santa Maria et al., Defendant(s). | CASE NUMBER: CV 25-10716-ODW(AJRx) |
| | **ORDER/REFERRAL TO ADR** |

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

**ORDERS** this case referred to:

X **ADR PROCEDURE NO. 1: (**☐ district judge ***or*** X magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: August 25, 2026

United States District Judge