CITY ATTORNEY FOR THE CITY OF SANTA MARIA
THOMAS T. WATSON, State Bar No. 144457
*twatson@cityofsantamaria.org*
204 E. Cook Street
Santa Maria, CA 93454
Telephone: (805) 925-0951
Facsimile: (805) 928-1275

ALESHIRE & WYNDER, LLP
NORMAN A. DUPONT, State Bar No. 85008
*ndupont@awattorneys.com*
CODY S. PARKER, State Bar No. 359372
*cparker@awattorneys.com*
COLIN P. RYAN, State Bar No. 365920
*cryan@awattorneys.com*
3701 Wilshire Blvd., Suite 725
Los Angeles, California 90010
Telephone: (310) 527-6660
Facsimile: (949) 223-1180

Attorneys for Defendants
CITY OF SANTA MARIA and BRADLEY DANDRIDGE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

TRAVIS SWITZER and MATTHEW CHIRCOP,

Plaintiffs,

v.

CITY OF SANTA MARIA; BRADLEY DANDRIDGE, individually and as Fire Chief of the City of Santa Maria; and DOES 1-10,

Defendants.

Case No. 2:25-cv-010716-ODW-AJR

**DEFENDANTS CITY OF SANTA MARIA AND BRADLEY DANDRIDGE'S INITIAL DISCLOSURES PURSUANT TO RULE 26 (a)(1)**

**Trial Date: November 9, 2027**

01157.0022 2194533.1

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants City of Santa Maria ("City") and Bradley Dandridge (collectively, "Defendants") make the following initial disclosures in the above-captioned matter. Defendants make these disclosures based on information presently available and based on preliminary inquiry in good faith pursuant to the Federal Rules of Civil Procedure. These disclosures are in no way a waiver of the City's rights to introduce additional information. Because this information is provided before the start of discovery of this case, Defendants' responses in this case might be different at a later stage due to further development of the facts and evidence. By making these disclosures, Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Defendants reserve the right to supplement these disclosures as necessary and as permitted by Federal Rule of Civil Procedure 26(e).

## PRELIMINARY STATEMENT

1. By identifying persons in this document, Defendants do not admit or deny the relevancy or admissibility of their testimony, or their availability or competency as witnesses.

2. By identifying documents and tangible things in this document, Defendants do not admit or deny the relevancy or admissibility of any document or thing.

3. Defendants reserve the right, if appropriate, to make objections to the production of any documents or tangible things or the answering of interrogatories regarding any matters discussed herein and to move for a Protective Order pursuant to Rule 26 of the Federal Rules of Civil Procedure, before producing or allowing any discovery of the matters stated herein.

4. In making these disclosures, Defendants do not waive the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, doctrine, or immunity.

5. These disclosures are based upon the factual information available as of the date hereof. Discovery is only just beginning and factual investigation is continuing at this time. Defendants reserve the right to amend, supplement or otherwise modify these disclosures in accordance with the applicable Rules and any Orders entered by this Court.

## I. INDIVIDUALS WITH DISCOVERABLE INFORMATION

Defendants submit the following names of persons believed at this time to have discoverable information relating to the material facts that support their defenses, unless used solely for impeachment. The following is based on information reasonably available to Defendants and made without the benefit of any discovery. Defendants will supplement and/or correct this information pursuant to the Federal Rules of Civil Procedure.

A. *Travis Switzer*. Plaintiff has knowledge regarding the allegations in his portion of the Second Amended Complaint. Mr. Switzer's current address is 1331 W Grassland Court, Middleton, Idaho 83644-1208.

B. *Matthew Chircop*. Plaintiff has knowledge regarding the allegations in his portion of the Second Amended Complaint. Mr. Chircop's current address is 564 Highland Drive, Los Osos, CA 93402-3718.

C. *Bradley Dandridge*. Bradley Dandridge may be contacted through his counsel of record. Mr. Dandridge is a named party in this action and may have knowledge of the Plaintiffs' allegations in the Complaint.

D. *Matthew Luis*. Mr. Luis may be contacted through the City's counsel of record. Mr. Luis may have knowledge of Plaintiffs' allegations in the Second Amended Complaint.

E. *Human Resources Officer Graciela Reynoso*. Ms. Reynoso may be contacted through the Defendants' counsel of record. Ms. Reynoso may have knowledge of Plaintiffs' allegations in the Second Amended Complaint, as well as information related to Defendants' defenses.

F. *City Manager Jason Stilwell*. Mr. Stilwell may be contacted through the Defendants' counsel of record. Mr. Stilwell may have knowledge of Plaintiffs' allegations in the Second Amended Complaint, and information related to Defendants' defenses.

G. *Deputy Chief Jim Clayton*. Mr. Clayton may be contacted through Defendants' counsel of record. Mr. Clayton may have knowledge of Plaintiffs' allegations in the Second Amended Complaint, and information related to Defendants' defenses.

H. Other City of Santa Maria Fire Department employees (names to be determined) may have information regarding Plaintiffs' claims alleged in the Second Amended Complaint.

I. Other City of Santa Maria officials and employees (names to be determined) may have information regarding Plaintiffs' claims alleged in the Second Amended Complaint.

J. Local 2020 officials including *Jeremy Mace* and others (names to be determined) may have information regarding Plaintiffs' claims alleged in the Second Amended Complaint.

## II. DOCUMENTS, ELECTRONIC INFORMATION, AND TANGIBLE THINGS

Identified below are all documents, electronically stored information, and/or tangible things that Defendants have in its possession, custody or control that Defendants believe at this time may be used to support their defenses, unless used solely for impeachment. These disclosures are based on information reasonably available to the Defendants at this time. In addition to these disclosures, there may be additional documents that Defendants are in the process of reviewing.

Defendants reserve the right to supplement and/or correct this information pursuant to the Federal Rules of Civil Procedure.

A. All documents referenced in Plaintiffs' Second Amended Complaint.

B. City of Santa Maria Fire Department Policies and Procedures.

C. City of Santa Maria Municipal Code section 2-20.01 "Definitions."

D. City of Santa Maria Municipal Code section 2-20.10.2 "Probation."

E. Local 2020 Memorandum of Understanding with City, effective as of May 31, 2025.

F. Press articles concerning efforts by Firefighters Union Local 2020 to obtain passage of the Memorandum of Understanding;

G. City Council agenda for May 6, 2025 regular meeting including agenda item 7.a.3;

H. City Council meeting minutes for May 6, 2025, agenda item 7.a.3, related to proposed MOU for review and approval;

I. City Council meeting video for May 6, 2025 (excerpt to be made available) concerning;

J. Documents referenced in EXCEL spreadsheet attached hereto as **Exhibit A** constituting ESI for both Mr. Switzer and Mr. Chircop. These documents are currently stored at Aleshire & Wynder LLP in its Los Angeles, California office.

## III. CATEGORIES OF DAMAGES

Defendants are not making any claim for damages. Thus, this section is inapplicable to the Defendants.

## IV. INSURANCE AGREEMENTS

The City is insured through the Public Risk Innovation, Solutions and Management (PRISM) pooled risk program memorandum number PRISM-PE 26 EL-144. Defendants are providing a copy of this policy for inspection and

copying.

DATED: September 15, 2026

ALESHIRE & WYNDER, LLP
NORMAN A. DUPONT
CODY S. PARKER
COLIN P. RYAN

By: [signature]

NORMAN A. DUPONT
Attorneys for Defendants,
CITY OF SANTA MARIA and
BRADLEY DANDRIDGE

# PROOF OF SERVICE

**(Switzer v. City of Santa Maria, et al.)**
**USCDC Case No. 2:25-CV-010716-ODW-AJR**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 3550 Vine Street, Suite 200, Riverside, CA 92507.

On September 15, 2026, I served true copies of the following document(s) described as **DEFENDANTS CITY OF SANTA MARIA AND BRADLEY DANDRIDGE'S INITIAL DISCLOSURES PURSUANT TO RULE 26 (A)(1)** on the interested parties in this action as follows:

| | |
|---|---|
| Michael A. McGill, Esq.<br>Sydney R. Romaine, Esq.<br>**FERRONE LAW GROUP**<br>4333 Park Terrace Drive, Suite 200<br>Westlake Village, CA 91361<br><br>Telephone: (805) 373-5900<br>**Facsimile: (805) 23203706**<br>mmcgill@ferronelawgroup.com<br>dthompson@ferronelawgroup.com<br>sromaine@ferronelawgroup.com | *Attorneys for Plaintiffs*<br>**TRAVIS SWITZER** and<br>**MATTHEW CHIRCOP** |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 15, 2026, at Riverside, California.

Angelina Diaz

Angelina Diaz